**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE ELIZABETH HARPER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MONA D. HOUSTON, Warden,<br><br>　　　　　Respondent. | ) Case No. CV 20-10902-PA (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

　　The Court has reviewed the records on file and Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court grant Respondent's motion to dismiss the Petition. No objections to the R. & R. have been filed.

　　The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Respondent's motion to dismiss the Petition is GRANTED and this action is dismissed with prejudice.

DATED: August 18, 2021

　　　　　　　　　　　　　　　　　/s/ Percy Anderson
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE