JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE ELIZABETH HARPER,<br><br>        Petitioner,<br><br>    v.<br><br>MONA D. HOUSTON, Warden,<br><br>        Respondent. | Case No. CV 20-10902-PA (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that Respondent's motion to dismiss is granted and this action is dismissed with prejudice.

DATED: August 18, 2021

                                    PERCY ANDERSON
                                    U.S. DISTRICT JUDGE